1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7301
7      Facsimile: (415) 436-6753
       E-Mail:    Christine.Wong@usdoj.gov
8
   Attorneys for the United States of America
9

FILED
MAR 31 2009
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 09-0269 MHP |
|---|---|
| v. | ) STIPULATION AND [~~PROPOSED~~] ORDER DOCUMENTING WAIVER |
| JEE FONG LOW, | ) |
| Defendant. | ) |

On March 25, 2009, defendant Jee Fong Low, appeared with his counsel, Rita Bosworth, Esq., before Magistrate Judge Edward M. Chen for a detention hearing. The defendant was ordered detained pending trial, and was ordered to appear before Judge Marilyn H. Patel at 10:00 a.m. on April 6, 2009, for an initial appearance/status conference before the District Court. With the agreement of the parties and with the consent of the defendant, the Court enters this order confirming the exclusion of time under the Speedy Trial Act from March 25, 2009 through April 6, 2009. The parties agree and stipulate, and the Court finds and holds, as follows:

1.     1.    The defendant, Jee Fong Low, with his counsel, Rita Bosworth, Esq., appeared before the Court on March 25, 2009, for a detention hearing, was ordered detained pending trial, and was ordered to appear before Judge Marilyn H. Patel at 10:00 a.m. on April 6, 2009, for an initial appearance/status conference before the District Court. The parties requested, and the Court ordered, the exclusion of time under the Speedy Trial Act from March 25, 2009 to April 6, 2009, to allow counsel to receive and begin reviewing discovery, which would ensure the effective preparation of counsel.

    2.    Accordingly, the Court finds that the ends of justice served by excluding the period from March 25, 2009 to April 6, 2009 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(8)(A) and (B).

STIPULATED:

DATED: March 27, 2009

/s/
RITA BOSWORTH, ESQ.
Attorney for JEE FONG LOW

DATED: March 27, 2009

/s/
CHRISTINE Y. WONG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 30, 2009

HON. EDWARD M. CHEN
United States Magistrate Judge