JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH(CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile: (415) 436-6753
    E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 09-0269 MHP |
| ) | |
| v. ) | STIPULATION AND [PROPOSED] |
| ) | ORDER DOCUMENTING WAIVER |
| JEE FONG LOW, ) | |
| Defendant. ) | |

On April 6, 2009, defendant Jee Fong Low, appeared with Loren Stewart, specially appearing for Low's counsel, Rita Bosworth, Esq., before the Honorable Marilyn H. Patel for a status conference. The next status conference before the Court is scheduled for May 4, 2009, at 10 a.m. With the agreement of the parties and with the consent of the defendant, the Court enters this order confirming the exclusion of time under the Speedy Trial Act from April 6, 2009 through May 4, 2009. The parties agree and stipulate, and the Court finds and holds, as follows:

    1.    On April 6, 2009, defendant Jee Fong Low, appeared with Loren Stewart,

1 | specially appearing for Low's counsel, Rita Bosworth, Esq., before the Honorable Marilyn H.
2 | Patel for a status conference.  The next status conference before the Court is scheduled for May
3 | 4, 2009, at 10 a.m.  The parties requested, and the Court ordered, the exclusion of time under the
4 | Speedy Trial Act from April 6, 2009 to May 4, 2009, to allow counsel to receive and begin
5 | reviewing discovery, which would ensure the effective preparation of counsel.
6 |       2.    Accordingly, the Court finds that the ends of justice served by excluding the
7 | period from April 6, 2009 to May 4, 2009 from Speedy Trial Act calculations outweighs the
8 | interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of
9 | counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

STIPULATED:

DATED: April 13, 2009               /s/
                                    RITA BOSWORTH, ESQ.
                                    Attorney for JEE FONG LOW

DATED: April 13, 2009               /s/
                                    CHRISTINE Y. WONG
                                    Assistant United States Attorney

IT IS SO ORDERED.

DATED: April  13 , 2009

