JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7301
   Facsimile: (415) 436-6753
   E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-0269 MHP |
| v. | STIPULATION AND [PROPOSED] ORDER DOCUMENTING WAIVER |
| JEE FONG LOW, | |
| Defendant. | |

On June 1, 2009, defendant Jee Fong Low, appeared with his counsel, Rita Bosworth, Esq., before the Honorable Marilyn H. Patel for a status conference. The next status conference before the Court is scheduled for June 15, 2009, at 10 a.m. With the agreement of the parties and with the consent of the defendant, the Court enters this order confirming the exclusion of time under the Speedy Trial Act from June 1, 2009 through June 15, 2009. The parties agree and stipulate, and the Court finds and holds, as follows:

    1.    On June 1, 2009, defendant Jee Fong Low, appeared with his counsel, Rita

Bosworth, Esq., before the Honorable Marilyn H. Patel for a status conference. The next status conference before the Court is scheduled for June 15, 2009, at 10 a.m. The parties requested, and the Court ordered, the exclusion of time under the Speedy Trial Act from June 1, 2009 to June 15, 2009, to allow counsel to continue to review discovery, which would ensure the effective preparation of counsel.

    2.    Accordingly, the Court finds that the ends of justice served by excluding the period from June 1, 2009 to June 15, 2009 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

STIPULATED:

DATED: June 8, 2009

/s/
RITA BOSWORTH, ESQ.
Attorney for JEE FONG LOW

DATED: June 8, 2009

/s/
CHRISTINE Y. WONG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: June 10, 2009



IT IS SO ORDERED
Judge Marilyn H. Patel

-2-