1  BARRY J. PORTMAN
   Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant LOW
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. CR-09-269 MHP
                                       )
12              Plaintiff,             )   STIPULATION AND [PROPOSED]
                                       )   ORDER TO CONTINUE STATUS
13  v.                                 )   CONFERENCE
                                       )
14  JEE FONG LOW                       )   **CURRENT HEARING DATE:** June 29,
                                       )   2009, at 10:00 a.m.
15              Defendant.             )
                                       )   **PROPOSED HEARING DATE:** July 20,
16  _____   )   2009, at 10:00 a.m.

17
          1.     On June 15, 2009, the parties appeared before the Court for a status conference.
18
          2.     At that status conference, the parties indicated that they were actively engaging in
19
   discussions about resolving the case and needed more time to continue those discussions.
20
          3.     Since the last status conference, the parties have been in regular contact about the
21
   case, but given the nature of the charges and the mandatory minimum sentences they carry, it is
22
   taking longer than it may otherwise take for the parties to reach an agreement.
23
          4.     The parties remain hopeful that a resolution can be reached but request more time
24
   to continue their discussions.
25
          5.     The parties respectfully request that the Court continue the status conference that
26

Stip. & [Proposed] Order to Continue Hearing;
*U.S. v. Low*, CR 09-269 MHP                    1

1   is currently set for June 29, 2009, to July 20, 2009, at 10:00 a.m.  At that time the parties hope to

2   be prepared to set a date for change of plea or trial.

3          6.          Mr. Low agrees that time is properly waived from the speedy trial clock for the

4   purpose of effective preparation of counsel.

5

6          IT IS SO STIPULATED.

7          6/24/09                                                    /s/

8   _____            _____
    DATED                                        CHRISTINE WONG
9                                                Assistant United States Attorney

10

11         6/24/09                                                    /s/

12  _____            _____
    DATED                                        RITA BOSWORTH
                                                 Assistant Federal Public Defender
13

14         IT IS SO ORDERED.

15

16   __June 26, 2009_____
    DATED

17                                        IT IS SO ORDERED

18                                        Judge Marilyn H. Patel

19

20

21

22

23

24

25

26

Stip. & [Proposed] Order to Continue Hearing;
*U.S. v. Low*, CR 09-269 MHP                    2