JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile: (415) 436-6753
    E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 09-0269 MHP |
| ) | |
| v. ) | |
| ) | STIPULATION AND [PROPOSED] |
| ) | ORDER DOCUMENTING WAIVER |
| JEE FONG LOW, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On July 27, 2009, defendant Jee Fong Low, appeared with his counsel, Rita Bosworth, Esq., before the Honorable Marilyn H. Patel for a status conference. The next status conference before the Court is scheduled for October 19, 2009, at 10 a.m. With the agreement of the parties and with the consent of the defendant, the Court enters this order confirming the exclusion of time under the Speedy Trial Act from July 27, 2009 through October 19, 2009. The parties agree and stipulate, and the Court finds and holds, as follows:

    1.    On July 27, 2009, defendant Jee Fong Low, appeared with his counsel, Rita

Bosworth, Esq., before the Honorable Marilyn H. Patel for a status conference. At that conference, the Court ordered the United States Probation Office to interview the defendant and prepare a pre-plea report. The next status conference before the Court is scheduled for October 19, 2009, at 10 a.m. The parties requested, and the Court ordered, the exclusion of time under the Speedy Trial Act from July 27, 2009 to October 19, 2009, to allow the United States Probation office to prepare the pre-plea report and allow counsel time to review it, which would ensure the effective preparation of counsel.

    2. Accordingly, the Court finds that the ends of justice served by excluding the period from July 27, 2009 to October 19, 2009 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

STIPULATED:

DATED: August 10, 2009

    /s/
RITA BOSWORTH, ESQ.
Attorney for JEE FONG LOW

DATED: August 10, 2009

    /s/
CHRISTINE Y. WONG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: August 10, 2009

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA