JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile: (415) 436-6753
    E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 09-0269 MHP |
| ) | |
| v. ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER DOCUMENTING WAIVER |
| JEE FONG LOW, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On October 19, 2009, defendant Jee Fong Low, appeared with his counsel, Garrick Lew, Esq., before the Honorable Marilyn H. Patel for appointment of counsel. The next status conference before the Court was scheduled for November 23, 2009, at 10 a.m. At the request of the United States Probation Office, the Court has rescheduled the status conference for January 25, 2010, at 10 a.m., to give the United States Probation Office time to prepare the pre-sentence report ordered by the Court. With the agreement of the parties and with the consent of the defendant, the Court enters this order confirming the exclusion of time under the Speedy Trial

Act from October 19, 2009 through January 25, 2010. The parties agree and stipulate to the above facts, and the Court finds and holds, as follows:

    1.    The ends of justice served by excluding the period from October 19, 2009 to January 25, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

STIPULATED:

DATED: November 19, 2009             /s/
GARRICK LEW, ESQ.
Attorney for JEE FONG LOW

DATED: November 19, 2009             /s/
CHRISTINE Y. WONG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: November 19, 2009

HON. MARILYN H. PATEL
United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel (seal of the United States District Court, Northern District of California)*

-2-