JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile: (415) 436-6753
    E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-0269 MHP |
| v. | STIPULATION AND [PROPOSED] ORDER DOCUMENTING WAIVER |
| JEE FONG LOW, | |
| Defendant. | |

    On January 25, 2010, defendant Jee Fong Low, appeared with his counsel, Garrick Lew, Esq., before the Honorable Marilyn H. Patel for status conference. The next status conference before the Court was scheduled for March 1, 2010, at 10 a.m. With the agreement of the parties and with the consent of the defendant, the Court enters this order confirming the exclusion of time under the Speedy Trial Act from January 25, 2010 through March 1, 2010. The parties agree and stipulate to the above facts, and the Court finds and holds, as follows:

    1.    The ends of justice served by excluding the period from January 25, 2010 to

1  March 1, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the
2  defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with
3  18 U.S.C. § 3161(h)(7)(A) and (B).

5  STIPULATED:

7  DATED: January 25, 2010

   GARRICK LEW, ESQ.
8  Attorney for JEE FONG LOW

10 DATED: January 25, 2010           /s/
   CHRISTINE Y. WONG
11                                   Assistant United States Attorney

13 IT IS SO ORDERED.

15 DATED: January 25, 2010

   IT IS SO ORDERED
   Judge Marilyn H. Patel

-2-