JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile: (415) 436-6753
    E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-0269 MHP |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| JEE FONG LOW, | |
| Defendant. | |

    The United States of America, by and through its counsel of record, Assistant United States Attorney CHRISTINE Y. WONG, and Defendant JEE FONG LOW, by and through his counsel of record, GARRICK S. LEW, hereby agree and stipulate that the status conference in this matter should be continued from March 1, 2010 to March 29, 2010 at 10:00 a.m. for the purpose of scheduling a settlement conference in this matter. The parties request that the court continue the pending proceedings at this time.

    With the agreement of the parties and with the consent of the defendant, the Court enters

1  this order confirming the exclusion of time under the Speedy Trial Act from March 1, 2010
2  through March 29, 2010.  The parties agree and stipulate to the above facts, and the Court finds
3  and holds, as follows:
4        1.    The ends of justice served by excluding the period from March 1, 2010 to March
5  29, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the
6  defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with
7  18 U.S.C. § 3161(h)(7)(A) and (B).

9  SO STIPULATED:

11 DATED: February 25, 2010
                                          GARRICK LEW, ESQ.
12                                        Attorney for JEE FONG LOW

14 DATED: February 25, 2010            /s/
                                          CHRISTINE Y. WONG
15                                        Assistant United States Attorney

17 IT IS SO ORDERED.

19 DATED: February  26 , 2010

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA