JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7301
   Facsimile: (415) 436-6753
   E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 09-0269 MHP |
| ) | |
| v. ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER DOCUMENTING WAIVER |
| JEE FONG LOW, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     On January 25, 2010, defendant Jee Fong Low, appeared with his counsel, Garrick Lew, Esq., before the Honorable Marilyn H. Patel for appointment of counsel. The next status conference before the Court was scheduled for March 1, 2010, at 10 a.m. With the agreement of the parties and with the consent of the defendant, the Court enters this order confirming the exclusion of time under the Speedy Trial Act from January 25, 2010 through March 1, 2010. The parties agree and stipulate to the above facts, and the Court finds and holds, as follows:

     1.     The ends of justice served by excluding the period from January 25, 2010 to

March 1, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

STIPULATED:

DATED: January 25, 2010

GARRICK LEW, ESQ.
Attorney for JEE FONG LOW

DATED: January 25, 2010

/s/
CHRISTINE Y. WONG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: February 26, 2010

IT IS SO ORDERED
Judge Marilyn H. Patel