GARRICK S. LEW (State Bar No. 61889)
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4957
Telephone: (415) 575-3588
Facsimile: (415) 522-1506
gsl@defendergroup.com

Attorneys for Defendant
Jee Fong Low

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) | No. 09-0269 MHP |
|---|---|---|
| v. | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND DOCUMENTING WAIVER |
| JEE FONG LOW, | ) ) | |
| Defendant. | ) ) | |

    The United States, through its counsel AUSA Christine Wong, and defendant Jee Fong Low, through his counsel Garrick Lew, hereby agree and stipulate to a continuance of the status conference for change of plea in this case presently scheduled for Monday April 26, 2010 to Monday May 3, 2010 at 11 a.m. before this Court. With the agreement of the parties and with the consent of the defendant, the Court enters this order confirming the exclusion of time under the Speedy Trial Act from April 26, 2010 through May 3, 2010. The parties agree and stipulate, and the Court finds and holds, as follows:

    1.    The Court previously had ordered the United States Probation Office to prepare a pre-plea sentence report and referred the parties to a Magistrate Judge for settlement conference.

The next status conference before the Court is scheduled for April 26, 2010, at 10 a.m.

2.      Defense counsel is unavailable to appear at the status conference on April 26, 2010 at 10 a.m. due to other state court cases scheduled for hearings at the same time.

3.      The parties have arrived at a negotiated a settlement and defendant has executed a Plea Agreement to resolve the case.

4.      The parties requested, and the Court previously ordered, the exclusion of time under the Speedy Trial Act through April 26, 2010, to refer the parties to a Magistrate Judge for settlement, for further status conference finding that the ends of justice outweighs the best interest of the public by continuing this matter and that the additional time be excluded for effective preparation of counsel.

5.      Accordingly, the Court finds that the ends of justice served by excluding the period from April 26, 2010 to May 3, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

STIPULATED:

DATED: April 23, 2010

GARRICK LEW, ESQ.
Attorney for JEE FONG LOW

DATED: April 23, 2010          /s/
CHRISTINE Y. WONG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: April _27_, 2010



IT IS SO ORDERED
Judge Marilyn H. Patel

-2-